BEFORE THE THIRD DIVISION, AUGUST 21, 1963

**No. 67940.**—Capitol Distributors Corp. (Trans.) et al. *v.* United States, protests 62/16350, etc. (New York).

Opinion by RICHARDSON, J. In accordance with oral stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 CCPA 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

AUGUST 19, 1963

**No. 67941.**—APPEAL 5094.—Atkins, Kroll & Co. *v.* United States.—

—C.D. 2286 affirmed April 25, 1963. C.A.D. 821.

BEFORE THE FIRST DIVISION, AUGUST 28, 1963

**No. 67942.**—Kaytee Imports, Inc. *v.* United States, protests 61/22310 and 62/13981 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of bead chains similar in all material respects to those the subject of *United States* v. *S. H. Kress & Co.* (46 CCPA 135, C.A.D. 716), the claim of the plaintiff was sustained.